OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

12/15/2014

CAVITT, DONALD RAY JR.  Tr. Ct. No. W09-60428-H (A)  WR-32,756-11

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk



DONALD RAY CAVITT JR.
EAST TEXAS TREATMENT FACILITY - TDC
#1888682
~~INDUSTRIAL DR.~~
~~HENDERSON, TX 75652~~

RETURNED FOR
CARRIER ENDORSEMENT

MEBN3B 75652